UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
CORINTHIAN COLLEGES, INC.,         )
                                   )    No. C06-1374L
                 Plaintiff,        )
        v.                         )
                                   )    ORDER FOR REVISED STATUS
JOSETTE LABREC, *et al.*,          )    REPORT
                 Defendants.       )
_____)

This matter comes before the Court *sua sponte*. On September 22, 2006 Petitioner Corinthian Colleges, Inc. filed a "Petition to Vacate Arbitration Awards." (Dkt. #1). Defendants responded with an "Answer and Objections to Petition to Vacate Arbitration Awards" and a counterclaim for "Affirmation of Awards" on October 31, 2006 (Dkt. #10). Parties also filed a joint status report and discovery plan on November 17, 2006, but, as of now, no motions are presently pending before the Court. By January 26, 2007 the parties should confer and present the Court with a joint proposed briefing schedule on any motions to vacate or confirm the arbitration awards.

DATED this 3rd day of January, 2007

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER FOR REVISED STATUS REPORT